WALTER W. MILLER, Respondent, *v.* CHARLES E. CAMPBELL, Appellant.

Reported below, 137 App. Div. 920.

(Submitted April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1910, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings in an action to recover on certain promissory notes.

The motion was made upon the grounds that the appeal was frivolous and that the Court of Appeals had no jurisdiction to entertain the same.

*Moses L. Littleton* for motion.

*Smith Lent* opposed.

Motion denied, with ten dollars costs.